IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-467-CV





UNIVERSITY OF TEXAS SYSTEM, THE UNIVERSITY OF TEXAS


HEALTH SCIENCE CENTER AT TYLER, THE UNIVERSITY


OF TEXAS MEDICAL BRANCH AT GALVESTON, AND


THE UNIVERSITY OF TEXAS M. D. ANDERSON


CANCER CENTER,



 APPELLANTS


vs.





AMERICAN HEALTH CARE ADVISORS, INC. AND WILLIAM T.


PHILLIPS d/b/a AMERICAN HEALTH ADVISORS,




 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 91-15513, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd; Chief Justice Carroll Not Participating

Dismissed on Joint Motion

Filed: October 12, 1994

Do Not Publish